SEALED

FILED
JUN 25 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LAWRENCE G. BROWN
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09 CR 00218 LJO |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT TO RULE 6(e), FEDERAL FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| SHANE KELLY, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 25, 2009, charging the above defendant with a violation of Title 18, United States Code, Section 924(c)(1)(A) - Possession of Firearms In Furtherance of Drug Trafficking Crimes and other charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any

1

1 | warrant issued pursuant thereto, except when necessary for the
2 | issuance and execution of the warrant.

3 | DATED: June 25, 2009                    Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

IT IS SO ORDERED this 25 day of June, 2009

_____
U.S. Magistrate Judge