1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

JUL 07 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:09-cr-218 LJO |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT; AND ORDER |
| SHANE KELLY, | |
| Defendant. | |

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Kimberly A. Sanchez, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: July 7, 2009

_____
KIMBERLY A. SANCHEZ
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: July 7, 2009

_____
DENNIS L. BECK
United States Magistrate Judge

1