ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209) 544–0200
Fax:             (209) 544-1860

Attorney for Defendant
SHANE KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00218 LJO |
| Plaintiff, | **STIPULATION AND ORDER** (Requested Order Amended) |
| v. | |
| SHANE KELLY, | |
| Defendants. | |

Defendant SHANE KELLY, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KIMBERLY A. SANCHEZ, hereby stipulate and request the following:

1. That the Court continue the status conference in the above-captioned case from September 25, 2009, to **October 9, 2009, at 9:00 a.m.**

2. Defense counsel needs additional time to prepare, including reviewing discovery, obtaining needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from

September 25, 2009 through October 9, 2009, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: September 17, 2009

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
NOEL CASTILLO

Dated: September 17, 2009

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice. The matter is continued to **October 8, 2009 (Thursday)** at 9 a.m., CONDITIONED ON Counsel's readiness to change the plea or set dates for trial.

IT IS SO ORDERED.

**Dated:   September 21, 2009**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE