ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:  (209) 544–0200
Fax:            (209) 544-1860

Attorney for Defendant
SHANE KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00218 LJO |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| SHANE KELLY, | |
| Defendants. | |

    Defendant SHANE KELLY, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KIMBERLY A. SANCHEZ, hereby stipulate and request the following:

    1. That the Court continue the status conference in the above-captioned case from October 8, 2009, to **October 30, 2009, at 9:00 a.m.**

    2.  Defense counsel needs additional time to prepare, including reviewing discovery, obtaining needed records, identifying and interviewing potential witnesses, conducting legal research, and identifying potential motions to be filed.

     For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from

October 8, 2009 through October 30, 2009, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: September 21, 2009

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
SHANE KELLY

Dated: September 21, 2009

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

IT IS SO ORDERED.

**Dated:   October 2, 2009**          /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE