ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544–0200
Fax:       (209) 544-1860

Attorney for Defendant
SHANE KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00218 LJO |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| SHANE KELLY, ) | |
| Defendants. ) | |

   Defendant SHANE KELLY, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KIMBERLY A. SANCHEZ, hereby stipulate and request the following:

   That the Court continue the status conference in the above-captioned case from November 13, 2009, to **December 18, 2009, at 9:00 a.m.**

   Defense counsel just submitted two witness' statements to the government and more is to follow.   The Defense counsel will be interviewing witnesses on November 14, 2009 and needs additional time to interview other potential witnesses, prepare and submit discovery reports to the government, including

1

reviewing discovery already received, obtaining needed records, conducting legal research, and identifying potential motions to be filed.

Further, the defense counsel requests the date of December 18, 2009 due to his unavailability on the following dates:

1. November 20, 2009 counsel will be at an Annual Legal Defense Conference out of the state.

2. November 27, 2009 is a Thanksgiving holiday.

3. December 4, 2009 defense counsel will be in Federal Court in Sacramento on United States v. Wenceslao Rosales, Case No.: 2:09-cr-377, before the Honorable Judge Garland E. Burrell, Jr.

4. December 11, 2009 defense counsel will be in Federal Court in Sacramento on United States v. Gerardo Valencia-Revuelta, Case No. 2:09-cr-381, before the Honorable Judge Garland E. Burrell, Jr.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from November 13, 2009 through December 18, 2009, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: November 12, 2009

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
SHANE KELLY

Dated: November 12, 2009

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

IT IS SO ORDERED.

**Dated:   November 12, 2009**              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE