ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:  (209) 544–0200
Fax:              (209) 544-1860

Attorney for Defendant
SHANE KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00218 LJO |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| SHANE KELLY, ) | |
| Defendants. ) | |
| _____ ) | |

    Defendant SHANE KELLY, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KIMBERLY A. SANCHEZ, hereby stipulate and request the following:

    1. That the Court continue the sentencing in the above-captioned case from September 10, 2010, to **January 14, 2011, at 8:30 a.m.**

    2. Additional information has arisen within the last thirty days  and an investigation is being conducted.  Further, the Defense counsel has previously scheduled federal court appearances in Sacramento in the following matters: a.) United States v. Wenceslao Rosales, Case No.: 2:09-cr-377 before the Honorable Judge Garland E. Burrell Jr., b.) United States v. Jesus Barraza, Case No.: 2:08-cr-

562 before the Honorable Judge Edward J. Garcia and c.) United States v. Gerardo Valencia-Revuelta, Case No.: 09-cr-381 before the Honorable Judge Edward J. Garcia.

    3. Assistant United States Attorney, Kimberly Sanchez's Declaration under seal is to follow.

    For these reasons the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 10, 2010 through January 14, 2011, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: September 3, 2010

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
NOEL CASTILLO

Dated: September 3, 2010

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

IT IS SO ORDERED.

**Dated:   September 7, 2010**           /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE