ROBERT L. FORKNER (CSB#166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544–0200
Fax:       (209) 544-1860

Attorney for Defendant
SHANE KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00218 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE SENTENCING** |
| v. ) | |
| ) | |
| SHANE KELLY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant SHANE KELLY, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KIMBERLY A. SANCHEZ, hereby stipulate and request the following:

1. That the Court continue the sentencing in the above-captioned case from March 4, 2011, to **April 1, 2011.**

2. Additional information has arisen within the last five days and an investigation is being conducted.

For these reasons the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 4, 2011 through April 1, 2011, for defense preparation under 18 U.S.C.

§ 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: March 2, 2011

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
SHANE KELLY

Dated: March 2, 2011

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

IT IS SO ORDERED.

**Dated:   March 2, 2011**                             /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE