HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
SHANE KELLY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00253 LJO |
| *Plaintiff,* | Case No. 1:09-cr-00218 LJO |
| v. | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER |
| SHANE KELLY. | |
| *Defendant.* | DATE: June 17, 2019 |
| | TIME: 8:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective

counsel, that the change of plea hearing scheduled for April 8, 2019, may be continued to June

17, 2019, or the soonest date thereafter convenient to the Court.

This continuance is requested to allow the parties additional time to gather relevant

information, conduct additional investigation and engage in further negotiations necessary for a

final resolution on this matter.

The parties agree that the delay resulting from this continuance shall be excluded in the

interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. §

3161(h)(7)(A).

///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  April 3, 2019                    /s/ Brian W. Enos
                                         BRIAN W. ENOS
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         HEATHER E. WILLIAMS
                                         Federal Defender

DATED:  April 3, 2019                    /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         SHANE KELLY




## ORDER

The status conference for Shane Kelly is continued to June 17, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **April 3, 2019**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE