| | |
|---|---|
| HEATHER E. WILLIAMS, Bar #122664<br>Federal Defender<br>ERIC V. KERSTEN, Bar #226429<br>Assistant Federal Defender<br>Designated Counsel for Service<br>2300 Tulare Street, Suite 330<br>Fresno, CA 93721-2226<br>Telephone: (559) 487-5561<br><br>Attorney for Defendant<br>SHANE KELLY | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>SHANE KELLY,<br><br>    *Defendant.* | Case No. 1:17-cr-00253 LJO<br>Case No. 1:09-cr-00218 LJO<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER<br><br>DATE: August 19, 2019<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, that the change of plea hearing scheduled for June 17, 2019, may be continued to August 19, 2019, or the soonest date thereafter convenient to the Court.

This continuance is requested to allow the parties additional time to gather relevant information, conduct additional investigation and engage in further negotiations necessary for a final resolution on this matter.

The parties agree that the delay resulting from this continuance shall be excluded in the interest of justice, for effective defense investigation and preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A).

*///*

|                      |                                                          |
|----------------------|----------------------------------------------------------|
|                      | Respectfully submitted,                                  |
|                      | McGREGOR W. SCOTT<br>United States Attorney              |
| DATED: June 12, 2019 | /s/ *Brian W. Enos*<br>BRIAN W. ENOS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|                      | HEATHER E. WILLIAMS<br>Federal Defender                  |
| DATED: June 12, 2019 | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>SHANE KELLY |

**ORDER**

The status conference for Shane Kelly is continued to August 19, 2019, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **June 12, 2019**            /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE