1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  SHANE KAINOA KELLY

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No. 1:17-cr-00253 NONE
                                      Case No. 1:09-cr-00218 NONE
12            Plaintiff,
                                      **STIPULATION TO CONTINUE**
13 vs.                                **SENTENCING, ORDER THEREON**

14 SHANE KAINOA KELLY,                Date:  December 17, 2020
                                      Time:  9:30 a.m.
15            Defendant.              Judge: Hon. Dale A. Drozd

16

17

18      **IT IS HEREBY STIPULATED** by and between the parties through their respective

19 counsel that the sentencing hearing scheduled for October 8, 2020 may be may be continued to

20 December 17, 2020, or another date convenient to the court.

21      Shane Kelly is requesting that sentencing be continued based on concerns about housing

22 at the BOP and the coronavirus. Defendant Kelly is housed at the Fresno County Jail. He

23 previously tested positive for Covid, but FCJ considers him Covid-free based on the passage of

24 time. He has not been retested. The defense is aware that other individuals transferred from the

25 FCJ under this protocol have tested positive upon arrival at new facilities and placed in

26 quarantine. The defense is also aware that many BOP facilities are currently on lockdown with

27 no programming in an effort to minimize the spread of Covid. Finally, reports of Covid

28 reinfection are surfacing and Mr. Kelly is concerned that post sentencing transfer between

facilities may increase his risk of reinfection. This continuance is requested to minimize the possibility of Covid reinfection, and the possibility of spending an extended period in lockdown upon transfer to a different facility. For these reasons Mr. Kelly prefers not to consent to video sentencing until he has a clearer picture of what to expect at BOP in light of the pandemic.

The parties agree that the delay resulting from this request shall be excluded in the interest of justice, and for effective defense investigation and preparation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).


McGREGOR W. SCOTT
United States Attorney


DATED:  October 1, 2020                By      */s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED:  October 1, 2020                By      */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
SHANE KAINOA KELLY


## ORDER

For the reasons set forth in the parties' stipulation, sentencing is continued to December 17, 2020 at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **October 2, 2020**                _____
UNITED STATES DISTRICT JUDGE